CELLINO & BARNES, P.C.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 08 4492 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| FLORENCE ERICKSON,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>PFIZER INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE, LLC,<br>　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, FLORENCE ERICKSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED:   June 1, 2010                             CELLINO & BARNES, P.C.

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Brian A. Goldstein, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　350 Main St., 25th Floor
　　　　　　　　　　　　　　　　　　2500 Main Place Tower
　　　　　　　　　　　　　　　　　　Buffalo, New York 14202-3725
　　　　　　　　　　　　　　　　　　(716) 854-2020

DATED: __10/6__, 2010    DLA PIPER LLP (US)

            By: _/s/_
               Matthew A. Holian, Esq.
               Attorneys for Defendants
               33 Arch Street, 26th Floor
               Boston, Massachusetts 02110-1447
               (617) 406-6009

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: __10/14/2010__

               Hon. Charles R. Breyer
               United States District Court